UNITED STATES DISTRICT COURT

FOR THE NORTH DISTRICT OF GEORGIA

Case No. 1:24cv03147 506

FILED IN CLERK'S OFFICE
U.S.D.C. - Atlanta

MAY 27 2025

KEVIN P. WEIMER, Clerk
By: /s/ Deputy Clerk

CORTEZ DEONTE WILSON,

Plaintiff,

v.

French Montana, iTunes, Loeb & Loeb LLC, Karim Kharbouch doing business as BMG Rights Managment LLC, and Apple Incorporated,

Respondents/Defendants.

## COMPLAINT

Now comes the Plaintiff, Mr. Salinas Falun Smith seeking to Amend the Complaint in the above Case No. 1:24cv03147 demanding the Respondents or Defendants APPLE INCORPORATED, iTunes, AMAZON MUSIC, APPLE MUSIC, YOUTUBE, et al., to STOP mixing the Plaintiff, Mr. Salinas Falun Smith's composition titled 9000 Watts into their sound recording with any instruments before contacting the Plaintiff herein the Northern District of Georgia by mail and email at:

Mr. Cortez D. Wilson

1328 Peachtree Street NE

Atlanta, Georgia 30309

baby_doe1980@hotmail.com

## CERTIFICATE OF SERVICE

I have served the Respondents/Defendants, APPLE INCORPORATED, iTunes, AMAZON MUSIC, APPLE MUSIC, YOUTUBE, et al., a copy of the **COMPLAINT** by mailing a copy to their address on file.

UNITED STATES DISTRICT COURT

FOR THE NORTH DISTRICT OF GEORGIA

Case No. 1:24cv03147 SDG

FILED IN CLERK'S OFFICE
U.S.D.C. - Atlanta

MAY 27 2025

KEVIN P. WEIMER, Clerk
By: _____ Deputy Clerk

SALINAS F. SMITH,

Plaintiff,

v.

French Montana, iTunes, Loeb & Loeb LLC, Karim Kharbouch doing business as BMG Rights Managment LLC, and Apple Incorporated,

Respondents/Defendants.

## COMPLAINT

Now comes the Plaintiff, Mr. Salinas Falun Smith seeking to Amend the Complaint in the above Case No. 1:24cv03147 demanding the Respondents or Defendants APPLE INCORPORATED, iTunes, AMAZON MUSIC, APPLE MUSIC, YOUTUBE, et al., to STOP mixing the Plaintiff, Mr. Salinas Falun Smith's composition titled 9000 Watts into their sound recording with any instruments before contacting the Plaintiff herein the Northern District of Georgia by mail and email at:

> Mr. Salinas F. Smith
>
> 1328 Peachtree Street NE
>
> Atlanta, Georgia 30309
>
> baby_doe1980@hotmail.com

## CERTIFICATE OF SERVICE

I have served the Respondents/Defendants, APPLE INCORPORATED, iTunes, AMAZON MUSIC, APPLE MUSIC, YOUTUBE, et al., a copy of the **COMPLAINT** by mailing a copy to their address on file.